Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>TIEN TRUONG NGUYEN,<br><br>   Defendant. | Case No. CR 07-0102-DAD<br><br>STIPULATION TO CONTINUE DETENTION HEARING AND PRELIMINARY HEARING TO MAY 3, 2007 AT 2:00 P.M.; [~~PROPOSED~~] ORDER |

TO THE HONORABLE DALE A DROZD, UNITED STATES MAGISTRATE JUDGE:

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

1. A Detention Hearing is presently set in the above-captioned case set for April 26, 2007, at 2:00 P.M. In addition, a Preliminary Hearing is presently set in the above-captioned case set for May 1, 2007, at 2:00 P.M.

2. Counsel for Defendant NGUYEN has been working diligently preparing for detention hearing so that counsel can clarify property issues and to propose a plan with conditions that addresses flight and danger.

3. Accordingly, the parties respectfully request, if necessary, that the Court exclude the time from the date of the scheduled Detention Hearing, April 26, 2007, until the proposed

new Detention Hearing date, May 3, 2007. In addition, the parties respectfully request that the Court exclude time from date of the scheduled Preliminary Hearing, May 1, 2007, until the proposed new Preliminary Hearing date, May 3, 2007. If necessary, Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

4. Accordingly, the parties hereby respectfully request the Court to continue the Detention Hearing now set for April 26, 2007 at 2:00 P.M. and the Preliminary Hearing now set for May 1, 2007 at 2:00 P.M. to May 3, 2007 at 2:00 P.M.

LAW OFFICE OF MICHAEL K. CERNYAR

DATED: April 25, 2007      By: _____/s/_____
                                MICHAEL K. CERNYAR
                                Attorney for Defendant
                                **TIEN TRUONG NGUYEN**

DATED: April 25, 2007           _____/s/_____
                                ROBIN TAYLOR
                                Assistant United States Attorney
                                Attorney for Plaintiff
                                UNITED STATES OF AMERICA

2

**STIPULATION TO CONTINUE DETENTION AND PRELIMINARY HEARING**

1  IT IS SO ORDERED:

2  Dated: 4/26/07

   _____
   HONORABLE DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE DETENTION AND PRELIMINARY HEARING